UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. NO. 4:22-CR- |
| | : | |
| v. | : | (Judge              ) |
| | : | |
| AMY B. LEISTER, | : | electronically filed |
| Defendant. | : | |

## INFORMATION

## THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
18 U.S.C. § 701
(Possessing/Making Unauthorized
Identification Card and Insignia)

On or about May 17, 2021, in Union County, within the Middle

District of Pennsylvania, and elsewhere, the defendant

### AMY B. LEISTER

without authorization under regulations made pursuant to law, did

knowingly possess and make a print and impression in the likeness of

an identification card and insignia prescribed by the head of a

department and agency of the United States for use by any employee

thereof, specifically a fake COVID-19 Vaccination Record Card,

purportedly issued by the United States Department of Health and

Human Services, Center for Disease Control to record medical

information about vaccines purportedly received, and bearing the

insignia of that department and agency of the United States.

All in violation of Title 18, United States Code, Section 701.

JOHN C. GURGANUS
United States Attorney

BY:

GEORGE J. ROCKTASHEL
Assistant United States Attorney

Date: 5 - 18 - 2022

2