UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:22-PO-00003 |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| AMY B. LEISTER, | ) | |
| Defendant | ) | |

ORDER

AND NOW, this 21st day of June 2022, the Court finds that the Defendant is acting voluntarily and not as a result of force or threats or promises, that she understands her rights and the consequences of her plea and that she voluntarily waives her right to trial. The Court finds that the plea has a basis in fact. The Court accepts the plea of Guilty to Count One of the Information. IT IS HEREBY ORDERED that the United States Probation Office shall conduct a presentence investigation and shall prepare a modified presentence report. A presentence conference may be scheduled in this case by separate Order of Court, if necessary.

Date:  June 21, 2022                                  BY THE COURT

                                                      *s/William I. Arbuckle*
                                                      William I. Arbuckle
                                                      U.S. Magistrate Judge